**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7139**

_____

KENNETH SYNCERE RIVERA, a/k/a Kenneth Rivera, a/k/a Kenneth
D. Rivera,

              Plaintiff - Appellant,

      v.

BRYAN P. STIRLING, Director; MR. MCKIE, a/k/a Bernard McKie,
Warden; MR. PEARSON, a/k/a Elbert Pearson, S.I.U.; MS.
SMITH, I.C.C.; MR. SPAN, I.C.C.,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   J. Michelle Childs, District
Judge.  (8:15-cv-03196-JMC)

_____

Submitted:  December 20, 2016      Decided:  December 22, 2016

_____

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Syncere Rivera, Appellant Pro Se.   Stephanie Holmes
Burton, GIBBES & BURTON, LLC, Spartanburg, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Syncere Rivera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. Because the record discloses that Rivera failed to properly exhaust his administrative remedies as required under 42 U.S.C. § 1997e (2012), we affirm the dismissal without prejudice of his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED